Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33920−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joshua Cardona | Holly Cardona |
| aka Joshua A Cardona Sr | aka Holly M Rambo |
| 154 E. Washington Street | 154 E. Washington Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

Social Security No.:
xxx−xx−9417                                                      xxx−xx−4055

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                  7/22/20
Time:                       09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

　　　　**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 29, 2020
JAN:

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-33920-ABA
Joshua Cardona                                                            Chapter 13
Holly Cardona
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: May 29, 2020
                              Form ID: 132             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db/jdb         +Joshua Cardona,    Holly Cardona,    154 E. Washington Street,    Riverside, NJ 08075-3816
cr             +The Money Source, Inc.,    500 S. Broad Street, Suite 100A,    Meriden, CT 06450-6755
517906121       Children's Hospital of Philadelphia,    Physician's Billing - PB CHOP,    PO Box 788017,
                 Philadelphia, PA 19178-8017
517908763      +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
517906122      +Chrysler Capital,    PO Box 961278,    Fort Worth, TX 76161-0278
517906125      +Eastern Dental of Burlington,    202 Rte 130 N,    Riverton, NJ 08077-2840
517906126       Emerg Phys Svcs of NJ P.A,    c/o HRRG,    PO Box 8486,    Pompano Beach, FL 33075-8486
517933799      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517906128      +Jonathan T. Wiseman, DO,    129 Bridgeboro St.,    Riverside, NJ 08075-3201
517906129       Kay Jewelers/ Genesis FS Card Services,    PO Box 23013,    Columbus, GA 31902-3013
517906131       PSE&G Co,    PO Box 14444,    Riverside, NJ 08075-3275
517906130       Physician Billing - PB Chop,    PO Box 788017,    Philadelphia, PA 19178-8017
517906132       Relievus,    813 E. Gate Drive,    Suite B,    Mount Laurel, NJ 08054-1238
517928658      +Riverside Sewage Authority,    239 S Pavilion Ave,    Riverside, NJ 08075-3635
517906133       South Jersey Surgical Center,    c/o Chase Receivables,    PO Box 659,    Caldwell, NJ 07007-0659
517906135       Sterling Jewelers, Inc.,    c/o Alltran Financial, LP,    PO BOX 610,
                 Sauk Rapids, MN 56379-0610
517906137      +The Children's Hospital of Philadelphia,    c/o AMCOL Systems,    PO Box 21625,
                 Columbia, SC 29221-1625
518019012      +The Money Source Inc.,    500 South Broad Street,Suite 100A,    Meriden, CT 06450-6755
517906138      +The Money Source, Inc.,    c/o Stern & Eisenberg,    1040 N. Kings Highway,    Suite 407,
                 Cherry Hill, NJ 08034-1925
517906139       Thomas G Botis DMD,    c/o I.C System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517906140       Virtua Health,    c/o ProCo,    PO Box 2462,    Aston, PA 19014-0462
517906141       Virtua Health System,    c/o Apex Asset Management LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
517906142       Virtua Health System Memorial,    c/o Apex Asset Management LLC,    2501 Oregon Pike, Ste 102,
                 Lancaster, PA 17601-4890
517906144      +Virtua Medical Group,    c/o Apex Asset Management,    2501 Oregon Pike,    Suite 102,
                 Lancaster, PA 17601-4890
517906143       Virtua Medical Group,    c/o APEX Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
517906145       Virtua Memorial,    PO Box 8500-7542,    Philadelphia, PA 19178-7542
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517977679      +E-mail/PDF: resurgentbknotifications@resurgent.com May 30 2020 00:34:32
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    P O Box 10587,
                 Greenville, SC 29603-0587
517906120      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 30 2020 00:34:31
                 Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
517913914      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2020 00:34:20
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517963717      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 30 2020 00:33:25
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
517906123      +E-mail/Text: legal@delta.org May 30 2020 00:29:05      Delta Dental,    One Delta Drive,
                 Mechanicsburg, PA 17055-6999
517906124      +E-mail/PDF: pa_dc_ed@navient.com May 30 2020 00:33:33      Dept of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517906127      +E-mail/Text: bknotice@ercbpo.com May 30 2020 00:28:42      Enhanced Recovery Company,
                 PO BOX 57547,    Jacksonville, FL 32241-7547
517935624      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 30 2020 00:29:20
                 Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
518025579       E-mail/PDF: pa_dc_claims@navient.com May 30 2020 00:35:29
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517962326      +E-mail/Text: bankruptcy@pseg.com May 30 2020 00:26:27      PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517909176      +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:33:11      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517906136       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 30 2020 00:32:57      T-Mobile,
                 PO Box 742596,    Cincinnati, OH 45274-2596
                                                                                               TOTAL: 14
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 29, 2020
                              Form ID: 132             Total Noticed: 40
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517906134     ##+SRA Associates LLC,    401 Minnetonka Road,    Somerdale, NJ 08083-2914
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Money Source, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Joshua  Cardona jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Joint Debtor Holly  Cardona jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Money Source, Inc. rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    The Money Source, Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 9
```