Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–33920–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joshua Cardona | Holly Cardona |
| aka Joshua A Cardona Sr | aka Holly M Rambo |
| 154 E. Washington Street | 154 E. Washington Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

Social Security No.:
 xxx–xx–9417                                                          xxx–xx–4055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          June 1, 2021
Time:          10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*82* – Certification in Opposition to (related document:81 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/7/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Rhondi L. Schwartz on behalf of Holly Cardona, Joshua Cardona. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.

Dated: May 7, 2021
JAN: kaj

                                                                                            Jeanne Naughton
                                                                                            Clerk