Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33920−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joshua Cardona<br>aka Joshua A Cardona Sr<br>154 E. Washington Street<br>Riverside, NJ 08075 | Holly Cardona<br>aka Holly M Rambo<br>154 E. Washington Street<br>Riverside, NJ 08075 |

Social Security No.:
xxx−xx−9417                                        xxx−xx−4055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:               June 18, 2021
Time:               09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*82* − Certification in Opposition to (related document:81 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 05/7/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Rhondi L. Schwartz on behalf of Holly Cardona, Joshua Cardona. (Schwartz, Rhondi)

and transact such other business as may properly come before the meeting.


Dated: May 7, 2021
JAN: kaj

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joshua Cardona  
Holly Cardona  
    Debtors

Case No. 18-33920-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joshua Cardona, Holly Cardona, 154 E. Washington Street, Riverside, NJ 08075-3816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Joshua Cardona mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Holly Cardona mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 07, 2021 | Form ID: 173 | Total Noticed: 1 |

Rebecca Ann Solarz
      on behalf of Creditor The Money Source  Inc. rsolarz@kmllawgroup.com

Rhondi L. Schwartz
      on behalf of Debtor Joshua Cardona mail@jenkinsclayman.com

Rhondi L. Schwartz
      on behalf of Joint Debtor Holly Cardona mail@jenkinsclayman.com

Steven P. Kelly
      on behalf of Creditor The Money Source  Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11