Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33920−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joshua Cardona
aka Joshua A Cardona Sr
154 E. Washington Street
Riverside, NJ 08075

Holly Cardona
aka Holly M Rambo
154 E. Washington Street
Riverside, NJ 08075

Social Security No.:
xxx−xx−9417                                  xxx−xx−4055

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 10, 2020.

On 8/18/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             September 22, 2021
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 19, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joshua Cardona  
Holly Cardona  
    Debtors

Case No. 18-33920-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 185 | Total Noticed: 42 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Cardona, Holly Cardona, 154 E. Washington Street, Riverside, NJ 08075-3816 |
| cr | + | The Money Source, Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 517906121 | | Children's Hospital of Philadelphia, Physician's Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 517906122 | + | Chrysler Capital, PO Box 961278, Fort Worth, TX 76161-0278 |
| 517908763 | + | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 517906125 | + | Eastern Dental of Burlington, 202 Rte 130 N, Riverton, NJ 08077-2840 |
| 517906126 | | Emerg Phys Svcs of NJ P.A, c/o HRRG, PO Box 8486, Pompano Beach, FL 33075-8486 |
| 517933799 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 517906128 | + | Jonathan T. Wiseman, DO, 129 Bridgeboro St., Riverside, NJ 08075-3201 |
| 517906129 | | Kay Jewelers/ Genesis FS Card Services, PO Box 23013, Columbus, GA 31902-3013 |
| 517906131 | | PSE&G Co, PO Box 14444, Riverside, NJ 08075-3275 |
| 517906130 | | Physician Billing - PB Chop, PO Box 788017, Philadelphia, PA 19178-8017 |
| 517906132 | | Relievus, 813 E. Gate Drive, Suite B, Mount Laurel, NJ 08054-1238 |
| 517928658 | + | Riverside Sewage Authority, 239 S Pavilion Ave, Riverside, NJ 08075-3635 |
| 517906133 | | South Jersey Surgical Center, c/o Chase Receivables, PO Box 659, Caldwell, NJ 07007-0659 |
| 517906135 | | Sterling Jewelers, Inc., c/o Alltran Financial, LP, PO BOX 610, Sauk Rapids, MN 56379-0610 |
| 517906137 | + | The Children's Hospital of Philadelphia, c/o AMCOL Systems, PO Box 21625, Columbia, SC 29221-1625 |
| 518019012 | + | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 517906138 | + | The Money Source, Inc., c/o Stern & Eisenberg, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517906139 | | Thomas G Botis DMD, c/o I.C System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 517906140 | | Virtua Health, c/o ProCo, PO Box 2462, Aston, PA 19014-0462 |
| 517906141 | | Virtua Health System, c/o Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517906142 | | Virtua Health System Memorial, c/o Apex Asset Management LLC, 2501 Oregon Pike, Ste 102, Lancaster, PA 17601-4890 |
| 517906144 | + | Virtua Medical Group, c/o Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 517906143 | | Virtua Medical Group, c/o APEX Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517906145 | | Virtua Memorial, PO Box 8500-7542, Philadelphia, PA 19178-7542 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517977679 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:36:06 | CVI SGP-CO Acquisition Trust, c/o Resurgent Capital Services, P O Box 10587, Greenville, SC 29603-0587 |
| 517906120 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Aug 19 2021 20:36:05 | Capital One Auto Finance, PO Box 260848, Plano, TX 75026-0848 |

Case 18-33920-ABA  Doc 89  Filed 08/21/21  Entered 08/22/21 00:11:16  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: 185 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517913914 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 19 2021 20:35:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517963717 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 19 2021 20:36:12 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517906123 | + | Email/Text: legal@delta.org | Aug 19 2021 20:21:00 | Delta Dental, One Delta Drive, Mechanicsburg, PA 17055-6999 |
| 517906124 | + | Email/PDF: pa_dc_ed@navient.com | Aug 19 2021 20:35:57 | Dept of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517906127 | + | Email/Text: bknotice@ercbpo.com | Aug 19 2021 20:21:00 | Enhanced Recovery Company, PO BOX 57547, Jacksonville, FL 32241-7547 |
| 517935624 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 19 2021 20:21:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519166648 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:36:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519166647 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 19 2021 20:35:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518025579 | | Email/PDF: pa_dc_claims@navient.com | Aug 19 2021 20:36:05 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517962326 | + | Email/Text: bankruptcy@pseg.com | Aug 19 2021 20:21:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517909176 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 19 2021 20:36:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517906136 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Aug 19 2021 20:35:53 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517906134 | ##+ | SRA Associates LLC, 401 Minnetonka Road, Somerdale, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2021          Signature:     /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 19, 2021 | Form ID: 185 | Total Noticed: 42

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Joshua Cardona mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Holly Cardona mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Holly Cardona mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Debtor Joshua Cardona mail@jenkinsclayman.com |
| Steven P. Kelly | on behalf of Creditor The Money Source Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11