Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–33920–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joshua Cardona | Holly Cardona |
| aka Joshua A Cardona Sr | aka Holly M Rambo |
| 154 E. Washington Street | 154 E. Washington Street |
| Riverside, NJ 08075 | Riverside, NJ 08075 |

Social Security No.:
  xxx–xx–9417                                                                  xxx–xx–4055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          May 10, 2022
Time:                    10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**98** – Response to (related document:97 Application for Compensation. Filed by Eric Clayman. Objection deadline is 4/22/2022. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) filed by Debtor Joshua Cardona) filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel)

and transact such other business as may properly come before the meeting.

Dated: April 19, 2022
JAN: kaj

                                                                                                        Jeanne Naughton
                                                                                                                               Clerk