Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−33920−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joshua Cardona
   aka Joshua A Cardona Sr
   154 E. Washington Street
   Riverside, NJ 08075

   Holly Cardona
   aka Holly M Rambo
   154 E. Washington Street
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−9417

   xxx−xx−4055

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:          May 12, 2022
Time:         02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**98** – Response to (related document:97 Application for Compensation. Filed by Eric Clayman. Objection deadline is 4/22/2022. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order) filed by Debtor Joshua Cardona) filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel)

and transact such other business as may properly come before the meeting.

Dated: April 20, 2022
JAN: kaj

                                              Jeanne Naughton
                                              Clerk