UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JENKINS & CLAYMAN
Eric J. Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on April 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Josh & Holly Cardona

Case No.: 18-33920-ABA

Chapter: 13

Judge: ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 28, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Eric J. Clayman _____, the applicant, is allowed a fee of $ _____ 1000.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 1000.00 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev. 8/1/15*